# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),

v.

Defendant(s).

Case No.

Judge

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes          pre–judgment interest.
        does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

_____

in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

_____

other:

_____

This action was *(check one)*:

tried by a jury with Judge                          presiding, and the jury has rendered a verdict.
tried by Judge                          without a jury and the above decision was reached.
decided by Judge                          on a motion

Date:                              Thomas G. Bruton, Clerk of Court

                                   , Deputy Clerk